**Matthew G. PENTAREK, Respondent**

v.

**Gregory A. CHRISTY, Petitioner.**

Supreme Court of Pennsylvania.

June 17, 2005.

### *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of June, 2005, the Petition for Allowance of Appeal is **GRANTED,** limited to Mrs. Pentarek's

loss of consortium claim. That portion of the Superior Court's decision remanding for consideration of this claim is **VACATED,** and the case is **REMANDED** for retrial on Pentarek's uncontested injuries. *See Cleveland v. Johns–Manville Corp.,* 547 Pa. 402, 690 A.2d 1146 (1997).